UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAYE R. ANDERSEN,<br><br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-CV-00873-AC<br><br>**STIPULATION AND ORDER TO VOLUNTARYREMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of this Court, that the Commissioner has agreed to voluntarily remand this case for further administrative proceedings, pursuant to sentence six of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

The hearing went off the record during the vocational expert testimony and the administrative law judge (ALJ) inadvertently did not come back on the record. Thus, the record of the administrative hearing is incomplete.

-1-

Upon receipt of the Court's remand order, the Appeals Council will remand the case to an ALJ for a new hearing.

|  |  |
|---|---|
|  | Respectfully submitted,<br>LAW OFFICE OF RICHARD WHITAKER |
| Date:   8/7/2015 | /s/* Richard A. Whitaker<br>RICHARD A. WHITAKER<br>(*by email authorization 8/7/2015) |
| Date:   8/10/2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ Jacob M. Mikow<br>JACOB M. MIKOW<br>Special Assistant United States Attorney |

Of Counsel:

IN SEON JEONG
Assistant Regional Counsel

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED:  August 10, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE